No. 28. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* STATE OF KANSAS EX REL. S. M. BREWSTER, ATTORNEY GENERAL, ETC., ET AL. In error to the Supreme Court of the State of Kansas. Submitted October 18, 1917. Decided November 5, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *St. Louis Southwestern Ry. Co.* v. *Arkansas*, 235 U. S. 350.. *Mr. Paul E. Walker* for plaintiff in error. *Mr. James P. Coleman* and *Mr. F. P. Lindsay* for defendants in error.